**Harrison L. VINSON, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2012–7026.

United States Court of Appeals, Federal Circuit.

Jan. 30, 2012.

Harrison L. Vinson, Andalusia, AL, pro se.

**ON MOTION**

**ORDER**

Harrison L. Vinson moves to withdraw his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.